■ In the Matter of JESSICA C. and Another, Children Alleged to be Abused. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; CHRISTOPHER C., Appellant. (Appeal No. 1.) [696 NYS2d 721] —Appeal unanimously dismissed without costs (*see, Matter of Lisa E.* [appeal No. 1], 207 AD2d 983). (Appeal from Order of Oswego County Family Court, Roman, J.—Abuse.) Present—Lawton, J. P., Hayes, Wisner, Pigott, Jr., and Balio, JJ.